IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JUNIUS BURNO,

    *Plaintiff*,

v.

DANIEL SILVERMAN, ESQ.

    *Defendant*.

CIVIL ACTION
NO. 11-4315

## ORDER

**AND NOW**, this 23rd day of July, 2018, upon consideration of Burno's *pro se* Complaint (ECF No. 6), it is ORDERED that:

1.    The Complaint is **DISMISSED without prejudice** for the reasons stated in the Court's Memorandum. Burno's federal claims are **DISMISSED without prejudice** to him raising those claims in a new civil action if and when his convictions are invalidated. Burno's state claims are **DISMISSED without prejudice** to Burno filing those claims in state court, if appropriate. Burno may not file an amended complaint in this case.

2.    The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.